1  Michael K. Friedland (SBN 157,217)
   michael.friedland@knobbe.com
2  Lauren Keller Katzenellenbogen (SBN 223,370)
   Lauren.Keller@knobbe.com
3  Ali S. Razai (SBN 246,922)
   ali.razai@knobbe.com
4  Daniel C. Kiang (SBN 307,961)
   daniel.kiang@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA  92614
   Telephone: (949) 760-0404
7  Facsimile: (949) 760-9502

8  Attorneys for Plaintiff
   OAKLEY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TRILLION TOP COMPANY LIMITED LLC, a Hong Kong, S.A.R. company,<br><br>        Defendant. | Civil Action No.<br>8:17-cv-01580-AG (MRWx)<br><br>**OAKLEY'S REQUEST FOR ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Oakley") hereby requests that the Clerk of the Court enter default in this matter against Defendant Trillion Top Company Limited LLC ("Defendant").

As explained in Oakley's recent Motion to Strike Defendant's Answer, Defendant has refused to participate in this lawsuit. (*See* Dkt. No. 64-1; Katzenellenbogen Decl. ¶¶ 4-10.) In its Motion to Strike, Oakley explained that once the Court has stricken Defendant's Answer, Oakley would request that the Clerk enter default against Defendant. (Dkt. No. 64-1 at 1:4-5, 2:1-3.)

On March 15, 2019, the Court granted Oakley's Motion to Strike and entered an Order striking Defendant's Answer. (Dkt. No. 65; Katzenellenbogen Decl. ¶ 10.) The Court explained as follows:

> When a corporation fails to retain counsel to represent it in an action, it's [*sic*] answer may be stricken. *PHL Variable Ins. Co. v. Crescent Fin. & Ins. Agency, Inc.*, 2017 WL 4342050, at *2 (C.D. Cal. Sept. 28, 2017). Defendant's answer could also be stricken based on Defendant's failure to comply with the Court's discovery orders. *See* Fed. R. Civ. P. 37(b)(2). The Court ordered Defendant to produce certain responses and documents about five months ago, and Defendant hasn't done so. (Katzenellenbogen Decl. ¶ 2.) Nor has Defendant paid the $2,352 sanction the Court ordered it to pay in 2018. (*Id.* ¶ 3.) The Court thus strikes Defendant's Answer.

(Dkt. No. 65 at 2.)

Accordingly, Defendant no longer has an Answer on file in this action. Because Defendant has failed to defend itself in this lawsuit and the Court has stricken Defendant's Answer, Oakley respectfully requests that the Clerk enter default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Defendant Trillion Top Company Limited LLC.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | Dated: March 26, 2019 | By: */s/ Lauren Keller Katzenellenbogen* |
| | | Michael K. Friedland |
| | | Lauren Keller Katzenellenbogen |
| | | Ali S. Razai |
| | | Daniel C. Kiang |
| | | Attorneys for Plaintiff |
| | | OAKLEY, INC. |

29921251

- 2 -