NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TRILLION TOP COMPANY LIMITED LLC, a Hong Kong, S.A.R. company,<br><br>　　　　　Defendant. | Civil Action No.<br>8:17-cv-01580-AG (MRWx)<br><br>**JUDGMENT** |

The Court, having considered Plaintiff Oakley, Inc.'s ("Oakley") Motion for Default Judgment and Permanent Injunction against Defendant Trillion Top Company Limited LLC ("Defendant"), and all the arguments and materials submitted in support thereof, and for good cause, hereby **GRANTS** Oakley's Motion.

1. Judgment is hereby entered in favor of Plaintiff Oakley on Oakley's claims for patent infringement under 35 U.S.C. § 271;

2. Defendant and its officers, agents, and employees and all other persons, in active concert or participation with them who receive actual notice of this judgment by personal service or otherwise, are hereby permanently enjoined and restrained from directly or indirectly infringing Oakley's United States Patent No. D648,229 ("the D229 Patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale, and/or importing into the United States products which are covered by the claim of the D229 Patent, including but not limited to Defendant's Salmon SHARK Series watches, or any product that is merely a colorable variation thereof, during the term of the D229 Patent;

3. Defendant and its officers, agents, and employees and all those persons in active concert or participation with them who receive actual notice of this judgment by personal service or otherwise, are hereby permanently enjoined and restrained from directly or indirectly infringing Oakley's United States Patent No. D659,043 ("the D043 Patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale, and/or importing into the United States products which are covered by the claim of the D043 Patent, including but not limited to Defendant's Salmon SHARK Series watches, or any product that is merely a colorable variation thereof, during the term of the D043 Patent;

1. 4. After this Judgment has been entered by the Court, Oakley shall promptly serve a copy of it on Defendant, and Oakley shall file with the Court a proof of service thereof within 15 days thereafter; and

5. This Court retains jurisdiction over this matter for the purpose of making any further orders necessary or proper for the construction of this Judgment, the enforcement thereof and the punishment of any violations thereof.

**IT IS SO ORDERED.**

Dated: May 21, 2019

Honorable Andrew Guilford
United States District Judge